## PRESERVATION WELLNESS TECHNOLOGIES LLC, Plaintiff-Appellant

v.

## ALLSCRIPTS HEALTHCARE SOLUTIONS INC., Epic Systems Corporation, Nextgen Healthcare Information Systems LLC, Defendants-Appellees

2016-2193
2016-2194
2016-2195

United States Court of Appeals, Federal Circuit.

April 12, 2017

NICOLE DOMINIQUE GALLI, Law Offices of N.D. Galli LLC, Philadelphia, PA, argued for plaintiff-appellant.

MICHAEL TIMOTHY RENAUD, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, Boston, MA, argued for all defendants-appellees. Defendant-appellee Nextgen Healthcare Information Systems LLC also represented by SANDRA BADIN, MICHAEL NEWMAN, JAMES M. WODARSKI.

BRIAN DOUGLAS SIFF, Duane Morris LLP, New York, NY, for defendant-appellee Allscripts Healthcare Solutions Inc. Also represented by ASHLEY TAYLOR CORBIT, HARNAIK S. KAHLON, Riley Safer Holmes & Cancila, Chicago, IL.

ANTHONY ALLEN TOMASELLI, Quarles & Brady, LLP, Madison, WI, for defendant-appellee Epic Systems Corporation. Also represented by CARLY LEVIN, KRISTIN GRAHAM NOEL, MARTHA JAHN SNYDER; LOUIS A. KLAPP, Chicago, IL

(Dyk, Moore, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**